UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 3:16mj425 |
| ) | |
| v. ) | UNDER SEAL |
| ) | **ORDER TO SEAL THE COMPLAINT** |
| JAMIE BLUNDER, ) | |
| DAVID PATE, ) | FILED |
| ALAFIA FOWLKES, ) | CHARLOTTE, NC |
| WILLIE NEVIUS, ) | NOV 0 8 2016 |
| SAMUEL LITTLE, ) | |
| IRVIN LAMPLEY ) | US DISTRICT COURT |
| AARON DIXON, ) | WESTERN DISTRICT OF NC |
| CAMERON ROBERTS, ) | |
| DENNIS HARRINGTON ) | |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an order directing that the Criminal Complaint, Affidavit, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the above-captioned case be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the **8th** day of **November, 2016**.

_____
DAVID KEESLER
UNITED STATES MAGISTRATE JUDGE