IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cr-307-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER OF FORFEITURE |
| v. ) | |
| ) | |
| JAMIE BLUNDER ) | |

In the Superseding Bill of Indictment in this case, the United States sought forfeiture of property of the defendant as property that was used or intended to be used to facilitate the crime(s) charged, which would be subject to forfeiture under 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c). (Doc. No. 139 at 2-3).

Defendant was convicted at trial by the jury on Counts One and Two in the Superseding Bill of Indictment and was adjudged guilty of the offenses charged in those counts. (Doc. No. 211: Verdict). The jury also rendered a verdict finding certain proceeds and property as having been involved in or used in Defendant's offenses. (Doc. No. 212: Forfeiture Verdict).

**IT IS, THEREFORE, ORDERED:**

1. Based upon jury's verdicts, the United States is authorized to seize the following property belonging to Defendant, and it is hereby forfeited to the United States for disposition according to law, provided, however, that such forfeiture is subject to any and all third party claims and interests, pending final adjudication herein:

- **All funds in PNC Bank Safe Deposit Box XXX-XXX-X0110, such account held in the name of Jamie Blunder**
- **Approximately $7,302.00 in United States currency seized during the investigation**
- **One 2014 Mercedes Benz CLS63 AMG, VIN WDDLJ7GBXEA103783**
- **One Smith & Wesson M&P .357 handgun, serial number HVZ8669**
- **One Glock-23 pistol, serial number SK382US**
- **Ammunition seized during the investigation**
- **One Super Avenger Diamonds Breitling watch**

- **One 3.91 carat Gent's Diamond Ring**
- **One Guess Watch**
- **One Nixon Watch (Black/White Face)**
- **One Nixon Watch (Silver Band/White Face)**
- **One Invicta Watch (Silver Band/Silver Face)**
- **One Invicta Watch (Silver Band/White Face)**
- **One Gucci Pantcaon Watch**
- **One Nixon Watch (White and Silver)**
- **One Coach Watch**
- **One Invicta watch (Black Band with Silver Highlights/Black Face)**
- **One Nixon Watch (Black)**
- **One Nixon Watch (Gold)**
- **One Nixon Watch (Silver Band/Black Face)**
- **One Kate Spade Watch**
- **One Invicta Watch (Silver/Black Band)**
- **One Kenneth Cole Reaction Watch**
- **One Invicta Watch (Black Band and Red/Silver Highlts)**
- **One Nixon Watch**
- **One Silver Necklace with Cross and Diamonds**
- **Loose Diamonds with Vladdy's Diamond Box**
- **Two Necklaces**
- **One Pair of Gold Earrings in Brown Box**
- **One Michael Kors Necklace**
- **One Pair of Diamond-Like Earrings**
- **One Charm Bracelet**
- **One Bear Pendant**
- **One Purse Pendant**
- **One Michael Kors Necklace**
- **One Key and Panda Necklace**

2.  Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish notice of this order; notice of its intent to dispose of the property in such manner as the Attorney General may direct; and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties and any

additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in property that is the subject of this Order of Forfeiture, as a substitute for published notice as to those persons so notified.

3. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n).

4. If no third party files a timely claim, this Order of forfeiture shall become Final and shall be made part of the sentence and included in the judgment, as provided by Fed. R. Crim. P. 32.2(b)(4) and 32.2(c)(2).

Signed: August 7, 2018

Robert J. Conrad, Jr.
United States District Judge