FILED
CHARLOTTE, NC
MAY - 8 2019
US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO.: 3:16cr307-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CONSENT ORDER FOR |
| v. ) | THIRD PARTY PETITION |
| ) | |
| JAMIE BLUNDER ) | |

THIS MATTER IS before the Court by consent of the United States of America and Petitioner Greensboro Municipal Federal Credit Union ("Petitioner"), through counsel, pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2. The Government and Petitioner have consented to this Order as a final adjudication and settlement of all matters with regard to the following property ("the Mercedes") identified in the Order of Forfeiture (Doc. 303):

**One 2014 Mercedes Benz CLS63 AMG VIN WDDLJ7GBXEA103783.**

The Government and Petitioner have stipulated and agreed and the Court finds as follows:

1. On or about December 30, 2015, Petitioner provided a loan in an original principal amount of $46,017.15 advanced on behalf of Defendant to "Mercedes-Benz of South Charlotte" for the purchase of the Mercedes. The Certificate of Title on the Mercedes reflects that Petitioner is the first and only lienholder.

2. Defendant has or had ownership interest in the Mercedes that is subject to forfeiture under the applicable statute, except that Petitioner's interest is recognized as identified herein. Any violations of applicable criminal statutes involving the Mercedes occurred without

the knowledge and consent of Petitioner.

3. On or about August 7, 2018, this Court entered an Order of Forfeiture for numerous items of property, including the Mercedes. (Doc. 303). On October 8, 2018, Petitioner filed a Petition asserting an interest, by virtue of the original $46,017.15 loan, in the Mercedes. No other petitions have been filed and the time for filing petitions has expired.

5. Based on the Government's analysis of the current equity in the Mercedes, the Government does not believe that sufficient equity remains to merit forfeiture. Further, Petitioner agrees that, if this Court dismisses the Mercedes from this action and Petitioner liquidates the Mercedes for an amount above and beyond the amount due on the Note, Petitioner will immediately turn-over any sale proceeds above and beyond the amount due on the Note to the Government for forfeiture as a substitute *res* pursuant to appropriate Court order herein.

6. Petitioner agrees to release and hold harmless the United States, and any agents, servants, and employees of the United States acting in their individual or official capacities, from any and all claims by Petitioner which currently exist or which may arise as a result of the actions by the United States against the Mercedes.

7. The Government agrees that this Court may dismiss the Mercedes from the Order of Forfeiture and the Government will allow Petitioner to take possession of the Mercedes pursuant to its rights as the holder of a security interest.

IT IS THEREFORE ORDERED THAT:

1. The Mercedes is hereby DISMISSED from the Order of Forfeiture and the Government is authorized to turn-over the Mercedes to Petitioner.

2. Each party shall bear its own costs, including attorneys fees.

Signed this 6 day of May, 2019.

HON. ROBERT J. CONRAD
UNITED STATES DISTRICT JUDGE

ON MOTION OF AND BY CONSENT OF THE PARTIES:

**R. ANDREW MURRAY**
**UNITED STATES ATTORNEY**

_____  Dated: 5/2/19
Benjamin Bain-Creed
Assistant United States Attorney

**PETITIONER GREENSBORO MUNICPAL**
**FEDERALCREDIT UNION**

_____  Dated: 05/01/2019
Franklin Drake, Esq.
Smith Debnam Narron Drake Saintsing & Myers, LLP
Attorneys for Greensboro Municipal Federal Credit Union